[No. 24230-0-I. Division One. December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT WAYNE DAWSON, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 88-1-03617-5, Peter K. Steere, J., entered

April 10 and May 31, 1989. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Forrest, J., and Ringold, J. Pro Tem.